**WASTE CORPORATION OF AMER-ICA, INC., a foreign corporation, Plaintiff–Appellant,**

v.

**GENESIS INSURANCE COMPANY, a foreign corporation, Defendant–Appellee.**

No. 05–14908

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 2006.

John R. Hargrove, Gordon Hargrove & James, P.A., Fort Lauderdale, FL, for Plaintiff–Appellant.

W. Kent Brown, Gordon Hargrove & James, P.A., Fort Lauderdale, FL, Jason P. Cronic, Daniel J. Standish, Cara Tseng Duffield, Wiley Rein & Fielding LLP, Washington, DC, for Defendant–Appellee.

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

Waste Corporation of America, Inc. ("WCA") appeals the summary judgment granted Genesis Insurance Company ("Genesis") on WCA's claim for breach of the directors and officers liability insurance policy issued by Genesis to WCA. We affirm.

We find no reversible error in the district court's holding that the policy does not provide coverage for any monies WCA paid as a result of WCA's breach of contract. Because the entire $2 million settlement paid by WCA represents such a payment, WCA may not recoup any of that payment from Genesis.

AFFIRMED.